**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/photo?fbid=10158885664826490&set=pcb.10158885664906490

